# Third District Court of Appeal

## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1245
Lower Tribunal No. 21-26603 SP
_____

**First Class Parking Systems LLC,**
Appellant,

vs.

**Ilya Bykov,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Alan A. Glenn (Hollywood), for appellant.

No appearance, for appellee.

Before LOGUE, C.J., and EMAS and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. Sm. Cl. R. 7.140(f); <u>Morburger v. J. Reporting, Inc.</u>, 318 So. 3d 619, 621 (Fla. 3d DCA 2021) ("First adopted in 1973 by the

Florida Supreme Court, the Florida Small Claims Rules . . . eschew the formality ordinarily associated with civil litigation, creating an open 'People's Court' in which mere technicalities 'must not obscure the greater purpose of justice for all.'" (quoting <u>Donoghue v. Wallach</u>, 455 So. 2d 1085, 1086 n.1 (Fla. 2d DCA 1984))).